UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 4.1.1
Western Division

Jane Doe, et al().

                        Plaintiff,

v.                                              Case No.: 3:10–cv–50047
                                                           Honorable Frederick J. Kapala

Durand School District 322, et al.

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, December 22, 2010:

      MINUTE entry before Honorable P. Michael Mahoney: Discovery conference held. Defendant's motion to dismiss [56] is considered presented and continued to the next discovery hearing set for 1/21/11 at 1:30 p.m. Electronic notices. (jmm–r, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.